

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00655-CR

Alan **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0224
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 1, 2023.

_____
Beth Watkins, Justice